UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MESA UNDERWRITERS SPECIALTY INSURANCE CO.**,<br><br>Plaintiff,<br><br>v.<br><br>**PARADISE SKATE, INC., ET AL.**,<br><br>Defendants. | Case No. 15-cv-01253-YGR<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT, RESETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 21 |

On May 8, 2015, defendant California Fair Services Authority filed a Motion to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  (Dkt. No. 21.)

On May 22, 2015, the plaintiff filed an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B).  (Dkt. No. 28.)  In light of the filing of the amended complaint, the Motion to Dismiss is **DENIED** as moot.  The hearing set for June 16, 2015 is therefore **VACATED**.

Additionally, the Case Management Conference set for June 25, 2015 is **RESET** to **Wednesday, June 17, 2015** at **2 p.m.**, with a joint statement due seven (7) days prior pursuant to applicable local rules and standing orders.

This Order terminates Docket Number 21.

**IT IS SO ORDERED.**

Dated: May 2: , 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**