UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MESA UNDERWRITERS SPECIALTY INSURANCE CO.**, <br><br>    Plaintiff, <br><br>    v. <br><br> **PARADISE SKATE, INC., ET AL.**, <br><br>    Defendants. | Case No. 15-cv-01253-YGR <br><br> **ORDER RE: PRIVATE MEDIATION; ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

The parties are **ORDERED** to private mediation, to be completed by no later than **August 14, 2015**.

Additionally, the Court hereby **SETS** a further Case Management Conference for **August 31, 2015** at **2 p.m.**, with an updated joint statement due by **August 24, 2015**.

**IT IS SO ORDERED.**

Dated: June 17, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**