UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**MESA UNDERWRITERS SPECIALTY INSURANCE CO.**,

    Plaintiff,

    v.

**PARADISE SKATE, INC., ET AL.**,

    Defendants.

Case No. 15-cv-01253-YGR

**ORDER TO SHOW CAUSE**

**TO PLAINTIFF AND ITS COUNSEL OF RECORD:**

You are hereby **ORDERED TO SHOW CAUSE** why this action should not be dismissed for failure to prosecute.

On November 23, 2015, plaintiff filed a pre-filing conference letter, requesting permission to file a motion for summary judgment. (Dkt. No. 47.) On November 30, 2015, the Court held a Case Management Conference and addressed the request, granting plaintiff leave to file its motion by no later than January 12, 2016. (Dkt. No. 49.) Plaintiff failed to file a motion by the deadline and no other activity has occurred on the docket in the interim.

The Court **SETS** a hearing on this order to show cause for **March 18, 2016,** on the 9:01 a.m. calendar, United States Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1. No later than **March 11, 2016**, plaintiff must file a response to this order. If plaintiff fails to comply with this order timely, the Court will dismiss this action for failure to prosecute. If plaintiff files the information timely, the Court may vacate the compliance hearing and no personal appearance will be required

**IT IS SO ORDERED.**

Dated: February 26, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**