**IT IS SO ORDERED**
Judge Yvonne Gonzalez Rogers
3/2/2016

1  DAVID B.A. DEMO (SBN 153997)
   ddemo@plawp.com
2  ANDREW P. COLLIER (SBN 232647)
   acollier@plawp.com
3  LHB PACIFIC LAW PARTNERS, LLP
   5858 Horton Street, Suite 370
4  Emeryville, CA 94608
   (510) 841-7777
5  Fax (510) 841-7776

6  Attorneys for Plaintiff MESA UNDERWRITERS
   SPECIALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, | Case No.: 3:15-cv-01253-J~~SC~~ YGR |
| Plaintiff, | |
| vs. | **STIPULATION TO DISMISSAL OF ACTION AS TO DEFENDANTS WHO HAVE APPEARED** |
| PARADISE SKATE, INC., 23rd DISTRICT AGRICULTURAL ASSOCIATION, CALIFORNIA FAIR SERVICES AUTHORITY, PAUL HORACE, KENNEDY H., a minor, SHARON ABANGAN and TYLER WOODS, | |
| Defendants | |

Plaintiff Mesa Underwriters Specialty Insurance Company and all Defendants who have appeared in this action hereby stipulate through their designated counsel that the above-captioned action be dismissed with prejudice as to each of the Defendants who have appeared, pursuant to Fed R. Civ. P. 41(a)(1). The parties further stipulate that each of them waives any right to recover costs from any other stipulating party for the above-captioned action. This Stipulation does not include Defendant Paradise Skate, Inc., whose default has been entered.

/ / /

/ / /

/ / /

1

|   |   |
|---|---|
|   | LHB PACIFIC LAW PARTNERS, LLP |
| DATED: February 29, 2016 | /s/ Andrew P. Collier<br>DAVID B.A. DEMO<br>ANDREW P. COLLIER<br>Attorneys for Plaintiff<br>MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY |
|   | ANDRADA & ASSOCIATES, PC |
| DATED: January 5, 2016 | /s/ Nicholas Seymour<br>J. RANDALL ANDRADA<br>NICHOLAS SEYMOUR<br>Attorneys for Defendants<br>23rd DISTRICT AGRICULTURAL ASSOCIATION and<br>CALIFORNIA FAIR SERVICES AUTHORITY |
|   | LIFE LAW GROUP LLP |
| DATED: January 14, 2016 | /s/ Michael Pierson<br>MICHAEL PIERSON<br>PATANISHA DAVIS-JENKINS<br>Attorneys for Defendant<br>SHARON ABANGAN |
|   | GEARINGER LAW GROUP |
| DATED: January 8, 2016 | /s/ Brian Gearinger<br>BRIAN GEARINGER<br>Attorneys for Defendant<br>PAUL HORACE as guardian *ad litem* for KENNEDY H. |
|   | EMISON HULLVERSON LLP |
| DATED: January 7, 2016 | /s/ Miles Cooper<br>MILES COOPER<br>Attorneys for Defendant<br>TYLER WOODS |

LHB Pacific Law Partners, LLP
5858 Horton Street, Ste. 370
Emeryville, CA 94608
(510) 841-7777 Fax (510) 841-7776

2

Stipulation to Dismissal